FILED
JUL 26 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

PLAINTIFF: TYSHAWN WEAVER #1190986

VS.

KNOX COUNTY SHERRIFFS' DEPARTMENT

CIVIL SUIT

TO THE HONORABLE JUDGE SITTING ON THE BENCH FOR THE UNITED STATES OF AMERICA IN THE EASTERN DISTRICT OF TENNESSEE. AT THIS TIME, IM WRITTING IN REGARDS TO THE UNFAIR/UNEQUAL TREATMENT THAT IM RECEIVING, DUE TO MY PERMANENT DISABILITY. IVE TRIED TO CONTACT SOME ATTORNEYS IN REGARDS TO THESE MATTERS, IM UNABLE TO AFFORD OR RETAIN REPERSENTATION, SO I WOULD LIKE TO RESPECTFULLY REQUEST ANY PROFESSIONAL HELP WITH RESPECTS TO THESE MATTERS.

WHAT IM TRYING TO COMMUNICATE TO THE COURTS IS THAT MOST, IF NOT ALL INMATES WHOM ARE BEING HOUSED AT THIS FACILITY WITH THE SAME CLASSIFICATION AS MYSELF ARE BEING GIVING SEVEN HOURS OF RECREATION. BECAUSE IM IN A WHEEL CHAIR, IM UNABLE TO BE PLACED IN THAT PRE-TRIAL HOLDING FACILITY. WITH THAT SAID, IM BEING HELD IN ANOTHER LOCATION THAT IS WHEEL CHAIR ACCESSABLE, BUT IM IN LOCK DOWN CONFINEMENT USUALLY 23 HOURS A DAY, WHICH IS

I WOULD LIKE TO BRIEFLY RAISE A NUMBER OF ISSUES.

(1.) IM UNABLE TO PREPARE FOR MY PENDING LEGAL MATTERS BECAUSE IM UNABLE TO ACCESS THE LAW LIBRARY IN SUCH A SHORT TIME FRAME.

(2.) IM OVERWEIGHT AND UNHEALTHY DUE TO THE FACT IM CONFINED TO MY CELL TWENTY-THREE HOURS A DAY WITH NO FORM OF EXCERCISE.

(3.) I HAVE BED SOARS WHERE IVE BEEN LAYING IN MY BED FOR SUCH LONG PERIODS OF TIME. I HAVE ALSO JUST LEARNED I HAVE HIGH BLOOD PRESSURE BECAUSE THE AMOUNT OF WEIGHT IVE GAINED.

(4.) THIS CRUEL AND CONFINE PUNISHMENT HAS CAUSED ME TO HAVE SERIOUS FORMS OF ANXIETY AND DEPRESSION.

AT THIS TIME, IM UNAWARE OF ANY OTHER PROFESSIONAL WAY TO HANDLE THESE MATTERS. I HAVE BEEN LOCK DOWN EXACTLY 40 (~~48~~) MONTHS IN CONFINEMENT. IM RESPECTFULLY REQUESTING THAT SOME ONE PLEASE STEP-IN AND FIX THIS VIOLATION.

IM UNAWARE OF HOW TO NAVIGATE THROUGH THE LAW OR COURT PROCESS. IM UNABLE TO AFFORD ANY LEGAL ASSISTANCE DUE TO MY CURRENT CIRCUMSTANCES. AT EVERY CORNER I TURN, I MEET WITH CONFLICT OR RESISTANCE. IM NOT SEEKING PUNITIVE DAMAGES, I ONLY WISH TO BE TREATED EQUAL AS EVERY OTHER PERSON. I FEEL IN MY HEART, THAT WHAT IS TAKING PLACE, IS NOT RIGHT! I HAVE TRIED TO TALK TO SUPERVISORS, FILE GRIEVANCES, AND CONTACT LEGAL ASSISTANCE. THE ONLY OTHER FORM OF HELP I KNOW IS GOD, AND THE COURTS? PLEASE, I ASK OF YOU TO HELP.

TYSHAWN WEAVER #1190986         RESPECTFULLY SUBMITTED
5001 MALONEYVILLE RD.            ROGER D. Wilson Detention
KNOXVILLE TN 37918              X. TYSHAWN WEAVER

X. [signature]



TYSHAWN WEAVER #1190986
5001 MALONEYVILLE RD, Roger D. Wilson Detention Facility
KNOXVILLE, TN 37918

Knoxville P&DC TN
THU 22 JUL 2021

RECEIVED

Howard Baker Court House
United States District Court
800 Market St. Suite 130
Knoxville TN 37902

Sender is an inmate
Correctional Facility